IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK KUTA,<br><br>Plaintiff,<br><br>vs.<br><br>BECTON, DICKINSON AND COMPANY,<br><br>Defendant. | 4:23CV3156<br><br>ORDER |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **September 24, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 25th day of August, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge